IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONNIE NANNEY**              **PLAINTIFF**

**V.**          **CASE NO. 4:09CV00331 JMM**

**UNITED PARCEL SERVICE, INC.**             **DEFENDANT**

**ORDER**

Upon request of the parties, the above styled case was stayed by the Court's Order of March 9, 2010. In that same Order, the Court directed the parties to file a status report on, or before, June 15, 2010.

The parties have filed a timely status report requesting that the Court lift the stay and allow them to conduct expert discovery and continue litigation.

THEREFORE, the stay is lifted and the parties may go forward with expert discovery. A new trial date with appropriate deadlines will be entered at a later date.

IT IS SO ORDERED THIS  21  day of   June  , 2010.

James M. Moody
United States District Judge