### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONNIE NANNEY                                                                                              PLAINTIFF

vs.                                   CASE NO. 4:09cv00331 JMM

UNITED PARCEL SERVICE, INC.                                                                   DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The settlement conference scheduled March 11, 2011 and the jury trial scheduled March 28, 2011, are canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.  The pending motion is deemed moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE